■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN EDWARDS, Appellant. [690 NYS2d 807] —Judgment

unanimously affirmed. Memorandum: Defendant's sole contention is that County Court erred in admitting into evidence that portion of the victim's hospital records indicating that the victim was assaulted with a gun. We disagree. Because that statement was relevant to the victim's diagnosis and treatment, that portion of the hospital records was admissible under the business records exception to the hearsay rule (*see,* CPLR 4518 [a]; *Williams v Alexander,* 309 NY 283, 287-288; *People v Goode,* 179 AD2d 676, 677, *lv denied* 79 NY2d 1001; *People v Archie,* 167 AD2d 925, 926, *lv denied* 77 NY2d 991; *People v Singleton,* 140 AD2d 388, 389). (Appeal from Judgment of Monroe County Court, Smith, J.—Robbery, 1st Degree.) Present—Green, J. P., Lawton, Pigott, Jr., Scudder and Balio, JJ.